1  Floyd W. Bybee, #012651
   Law Office of Floyd W. Bybee, PLLC
2  4445 E. Holmes Avenue
   Suite 107
3  Mesa, AZ 85206-5530
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10
11  Randall O. Skorheim,              )        No. CV 08-0645-PHX-FJM
                                      )
12                                    )
                                      )
13       Plaintiff,                   )
                                      )
14  v.                                )        NOTICE OF SETTLEMENT
                                      )
15  Medical Data Systems, Inc., a     )
    Florida corporation;              )
16                                    )
                                      )
17       Defendant.                   )
                                      )
18                                    )

19       Plaintiff, by and through counsel, hereby gives notice that the parties

20  have reached a settlement in this matter and will be filing a notice of dismissal

21  within a few days.

22  / / /

23  / / /

24

25

DATED   April 29, 2008  .

 s/ Floyd W. Bybee
Floyd W. Bybee, #012651
Law Office of Floyd W. Bybee, PLLC
4445 E. Holmes Avenue
Suite 107
Mesa, AZ 85206-5530
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff