1  Floyd W. Bybee, #012651
   Law Office of Floyd W. Bybee, PLLC
2  4445 E. Holmes Avenue
   Suite 107
3  Mesa, AZ 85206-5530
   Office: (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF ARIZONA

10
                                              )
11  Randall O. Skorheim,                      )    No.  CV 08-0645-PHX-FJM
                                              )
12                                            )
                                              )
13           Plaintiff,                       )
                                              )
14  v.                                        )    NOTICE OF DISMISSAL
                                              )    WITH PREJUDICE
15  Medical Data Systems, Inc., a             )
    Florida corporation;                      )
16                                            )
                                              )
17           Defendant.                       )
                                              )
18                                            )

19       Plaintiff, by and through counsel, hereby gives notice of dismissal of this

20  case in its entirety with prejudice, each party to bear its own attorney's fees and

21  costs.

22  / / /

23  / / /

24

25

1
2
3      DATED   April 30, 2008   .
4
5                                            s/ Floyd W. Bybee
                                             Floyd W. Bybee, #012651
6                                            Law Office of Floyd W. Bybee, PLLC
                                             4445 E. Holmes Avenue
7                                            Suite 107
                                             Mesa, AZ 85206-5530
8                                            Office:  (480) 756-8822
                                             Fax: (480) 302-4186
9                                            floyd@bybeelaw.com

10                                           Attorney for Plaintiff

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25